**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DARRELL TRIPLETT,** | Case No. 17-cv-04523-YGR |
| Plaintiff**,** | **ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| **CITY AND COUNTY OF SAN FRANCISCO,** *et al.***,** | |
| Defendants**.** | |

The parties are scheduled for a case management conference on November 6, 2017. The parties have failed to file a Joint Case Management Statement as required by the Local Rules.

"Unless otherwise ordered, no later than the date specified in Fed. R. Civ. P. 26(f), counsel must file a Joint Case Management Statement . . . ," namely 7 days before the conference. Civil L.R. 16-9(a).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $100.00 each for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, November 6, 2017,** on the Court's **2:01 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Wednesday, November 1, 2017**, the parties must file (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they

should not be sanctioned for their failure to comply with the stated rule. Lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: October 31, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**