DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
SUSAN J. KAWALA, State Bar #178612
BRIAN P. CEBALLO, State Bar #243828
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3827 [Kawala]
Telephone:  (415) 554-3911 [Ceballo]
Facsimile:  (415) 554-3837
E-Mail:  susan.kawala@sfcityatty.org
E-Mail:  brian.ceballo@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PIERRE BATTLE and ZAKARIYA ALI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL TRIPLETT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PIERRE BATTLE, individually and in his capacity as a City of San Francisco Police Officer; ZAKARIYA ALI, individually and in his capacity as a City of San Francisco Police Officer; and DOES 1-50, inclusive.<br><br>Defendants. | Case No. 4: 17-cv-04523-YGR<br><br>REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL<br><br>Trial Date:  December 3, 2018 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

It is further STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

Dated: 11/16/18

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
SUSAN J. KAWALA
BRIAN P. CEBALLO
Deputy City Attorneys

By: _____
BRIAN P. CEBALLO

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
PIERRE BATTLE and ZAKARIYA ALI

Dated: 11/16/18

JOHN L. BURRIS, ESQ.
ADANTE POINTER, ESQ.
MELISSA NOLD, ESQ.
PATRICK BUELNA, ESQ.

By: _____
PATRICK BUELNA

Attorneys for Plaintiff
Darrell Triplett

[PROPOSED] ORDER

IT IS SO ORDERED.

November 26, 2018

_____
HON. YVONNE GONZALEZ ROGERS

Stipulated Dismissal
Case No. 17-cv-04523-YGR

2

n:\lit\li2017\180212\01296961.docx